CV 02-2398 #1

FILED _____ ENTE_
LODGED _____ RECE

NOV 27 2002  DJ

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPU

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID F. POTTER, )
)
Plaintiff, )
) **CV02 2398 Z**
v )
) COMPLAINT FOR DAMAGES
KING COUNTY, )
)
and )
)
JOHN DOE, in his )
capacity as a police officer for )
King County, and as an individual, )
)
Defendants. )
)

## INTRODUCTION

1   This is a civil action seeking damages against the above-named defendants The civil claims include a common law tort cause of action, statutory causes of action, and

COMPLAINT FOR DAMAGES - 1

**MUENSTER & KOENIG**
JOHN R MUENSTER, INC., P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

offenses committed under color of law resulting in a deprivation of rights secured by the Constitution and laws of the United States of America

## JURISDICTION AND VENUE

2. This Court has personal and subject matter jurisdiction over plaintiff's federal civil rights claims under Title 42, United States Code, § 1983, and Title 28, United States Code, §§ 1331 and 1343(a)(3).

3. This Court has pendent jurisdiction over plaintiff's state law claim and over defendants as to said claim, pursuant to Title 28, United States Code, § 1367 (Judicial Improvements Act of 1990), Public Law No 101-650, 104 Stat 5089 (1990)

4. The acts and omissions complained of herein occurred in King County, Washington, and the defendants are residents and citizens of the state of Washington.

5. Plaintiff is a resident and citizen of the state of Oregon

6. The matter in controversy exceeds the sum of $75,000, exclusive of interests and costs

7. This Court has diversity jurisdiction over plaintiff's claims pursuant to Title 28, United States Code, Section 1332

8. Venue in this Court is proper pursuant to Title 28, United States Code, § 1391

MUENSTER & KOENIG
JOHN R. MUENSTER, INC , P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

## PARTIES

9.  Plaintiff David F. Potter is a citizen of the United States and a citizen and resident of the state of Oregon. Defendant King County is a county organized under the laws of the State of Washington. Defendant King County is sued directly under Title 42, United States Code, § 1983 as to the federal causes of action, and under the doctrine of *respondeat superior* as to the state law cause of action.

10. At all times material to this complaint, defendant John Doe was a police officer employed by defendant King County. At all times material to this complaint, defendant John Doe was an agent and employee of defendant King County, and was acting within the scope of his employment with King County, under color of the laws of the State of Washington.

11. Defendant John Doe is sued in his individual capacity and in his official capacity as an agent and employee of King County.

## FACTUAL ALLEGATIONS

12. During the week of November 29-December 3, 1999, the World Trade Organization (WTO) held meetings in downtown Seattle.

13. Thousands of people gathered in the streets of Seattle to peacefully protest the policies of the WTO, contending that such policies are in conflict with American laws protecting the environment, labor, and human rights.

COMPLAINT FOR DAMAGES - 3

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

14   During the WTO week, police tear-gassed, pepper-sprayed and/or arrested numerous peaceful protestors, innocent bystanders, and members of the media

15   On November 30, 1999, defendant King County sent officers of the King County Sheriff's Office to the downtown area of Seattle   The officers patrolled the streets, dressed in riot gear

16   Defendant King County provided its police officers with what is believed to be pepper spray to use against citizens in the downtown Seattle area

17   Pepper spray is a dangerous chemical weapon

18   At approximately 5.30 p.m  in the afternoon on November 30, 1999, plaintiff David Potter was standing on the sidewalk near the Independent Media Center located at 1415 Third Avenue in Seattle.

19   Plaintiff was on the scene as a video photographer   He displayed a press pass on a cord around his neck, chest-high

20   Plaintiff carried his video camera and filmed police and civilians in the area

21   Without warning, defendant John Doe fired chemical spray, believed to be pepper spray, at plaintiff as he photographed

22   Plaintiff's face, ears and eyes were drenched in the chemical spray   Plaintiff experienced immediate, intense pain, fear and temporary blindness

23   Neither defendant John Doe nor any of the other police officers present provided or attempted to provide any first aid to plaintiff

24   Defendant King County failed to properly supervise defendant John Doe

COMPLAINT FOR DAMAGES - 4

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P S
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

25  Defendant King County failed to train defendant John Doe not to fire chemical weapons at press photographers

26  Defendant King County failed to provide its officers deployed on November 30, 1999 with adequate food, water and opportunities for rest

27  As a result of the acts and omissions of defendants, plaintiff suffered personal injuries including, but not limited to, bodily injury, pain and suffering, emotional distress, and other consequential damages

### FIRST CAUSE OF ACTION
### VIOLATION OF THE FIRST AMENDMENT

28  Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 27

29  The acts and omissions of defendants herein were done under color of state law, custom or usage

30  Plaintiff David Potter had a federally-protected right, under the freedom of speech, press and assembly provisions of the First Amendment to the United States Constitution, to be present in the downtown area of Seattle and to film the contacts between police officers and citizens during the WTO-related protests and gatherings

31  The acts and omissions of defendants herein proximately caused the deprivation of the First Amendment rights of plaintiff

COMPLAINT FOR DAMAGES - 5

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC , P S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

32. As a proximate result of the acts and omissions of defendants and deprivation of plaintiff's First Amendment rights, plaintiff suffered personal injuries as set forth hereinabove.

## SECOND CAUSE OF ACTION
## VIOLATION OF THE FOURTH AMENDMENT PROHIBITION
## AGAINST UNREASONABLE SEIZURES

33. Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 32.

34. The acts and omissions of defendants herein were done under color of state law, custom or usage

35. David Potter was seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants set forth herein

36. David Potter had a federally-protected right, under the Fourth Amendment, not to be subjected to an unreasonable seizure

37. The acts and omissions of defendants herein proximately caused the deprivation of the Fourth Amendment rights of David Potter.

38. As a proximate result of the acts and omissions of defendants and deprivation of plaintiff's Fourth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove

COMPLAINT FOR DAMAGES - 6

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

### THIRD CAUSE OF ACTION
### VIOLATION OF FOURTH AMENDMENT
### PROHIBITION AGAINST THE USE OF UNREASONABLE FORCE

39   Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 38

40   The acts and omissions of defendants herein were done under color of state law, custom or usage

41   David Potter was seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants set forth herein

42   David Potter had a federally-protected right, under the Fourth Amendment, not to be subjected to the use of unreasonable force against his person

43   As a proximate result of the acts and omissions of defendants and the deprivation of plaintiff's Fourth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove

### FOURTH CAUSE OF ACTION
### VIOLATION OF THE FOURTEENTH
### AMENDMENT DUE PROCESS CLAUSE

44   Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 43

45   The acts and omissions of defendants herein were performed under color of state law, custom or usage

COMPLAINT FOR DAMAGES - 7

MUENSTER & KOENIG
JOHN R. MUENSTER, INC , P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

46.  David Potter had federally-protected rights, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, to remain in a public place of his choice and the right to move from one place to another, in order to observe and film the actions of the police and the citizens in downtown Seattle

47  The acts and omissions of defendants herein proximately caused the deprivation of plaintiff's Fourteenth Amendment rights

48  As a proximate result of the acts and omissions of defendants, plaintiff suffered personal injuries as set forth hereinabove

### FIFTH CAUSE OF ACTION
### MUNICIPAL LIABILITY OF KING COUNTY

49  Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 48

50  At all times material herein, defendant King County had a duty, under the United States Constitution, to properly supervise its police officers

51  At all times material herein, defendant King County had a duty, under the Fourth Amendment to the United States Constitution, to train defendant John Doe not to attack photographers displaying press credentials with chemical weapons, including pepper spray

52  Defendant King County failed to properly supervise defendant John Doe

53  Defendant King County failed to properly train defendant John Doe

COMPLAINT FOR DAMAGES - 8

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC , P S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

54      The above-described failures to supervise and to train were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of the plaintiff as set forth hereinabove

55      The above-described failures by defendant King County to properly supervise and to properly train defendant John Doe proximately caused the deprivation of the constitutional rights of the plaintiff as set forth hereinabove

56      As a proximate result of the failure of defendant King County to properly supervise and train, and as a result of the deprivation of plaintiff's constitutional rights, plaintiff suffered personal injuries as set forth hereinabove

## SIXTH CAUSE OF ACTION
## NEGLIGENCE

57      Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 56

58      Defendants had a general affirmative duty toward the public, and had a special affirmative duty toward the plaintiffs to refrain from causing injury to plaintiff David Potter, in accordance with the applicable standard of care required of police and other law enforcement officers

59      The acts and/or omissions of defendants, and each of them, were a breach of the duty of care defendants, and each of them, owed to the plaintiff David Potter

60      Defendant King County is liable for the actions of defendant John Doe under the doctrine of *respondent superior*

COMPLAINT FOR DAMAGES - 9

MUENSTER & KOENIG
JOHN R. MUENSTER, INC , P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

61  As a direct, proximate and foreseeable result of the wrongful actions described hereinabove, plaintiff has been damaged in an amount in excess of the minimum jurisdiction of this Court

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follows

<u>Compensatory Damages</u>  The defendants should be required to pay compensatory damages in an amount to be proven at trial

<u>Attorneys' Fees</u>·  The defendants should be required to pay the plaintiff's reasonable attorneys' fees and costs pursuant to Title 42, United States Code, § 1988

<u>Other Relief</u>  The Court should grant the plaintiff such other and further relief as the Court deems just and equitable

DATED this the _____ day of November, 2002

Respectfully submitted,

MUENSTER & KOENIG

By. _____
JOHN R  MUENSTER
WSBA No  6237
Attorney at Law

Of Attorneys for Plaintiff David F  Potter

COMPLAINT FOR DAMAGES - 10

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101