Hon. Thomas S. Zilly

FILED
LODGED
OCT 07 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

FILED
LODGED ENTERED
RECEIVED
OCT 02 2003 MR
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

02-CV-02398-ORD

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID F. POTTER, )
                                                      )    NO. C02-2398Z (BJR)
           Plaintiff, )    WTO Proceeding
v. )
                                                      )    STIPULATION AND ORDER FOR
KING COUNTY, et al., )    ENTRY OF JUDGMENT AND
                                                      )    FOR ATTORNEYS' FEES AND
           Defendants. )    COSTS
                                                      )
                                                      )

COMES NOW plaintiff David F. Potter, by and through his attorney, John R. Muenster, and the defendants, by and through their attorneys, Ted Buck, Stephen Larson and Sean Sheehan, and, pursuant to the defendants' Rule 68 offer of judgment and plaintiff's acceptance thereof, stipulate and agree as follows:

(1)     Judgment may be entered in favor of plaintiff David Potter and against defendant King County on its own behalf and on behalf of all unnamed

STIPULATION AND ORDER - 1

**ORIGINAL**

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104

defendants and all potential defendants to any action premised upon the allegations of this lawsuit, in the amount of Five Thousand Dollars ($5,000.00); and

(2) Judgment may be entered in favor of plaintiff David Potter and against King County, on its own behalf and on behalf of all unnamed or potential defendants to any action premised upon the allegations of this lawsuit, in the amount of Five Thousand Two Hundred Dollars ($5,200.00) in attorneys' fees and Two Hundred Ninety-Nine Dollars and Forty-Three Cents ($299.43) in costs, totaling Five Thousand Four Hundred Ninety-Nine Dollars and Forty-Three Cents ($5,499.43).

DATED this the ___ day of October, 2003.

Respectfully submitted,

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
Attorney at Law
WSBA No. 6237
Of Attorneys for Plaintiff David Potter

STAFFORD FREY COOPER

By: _____
Ted Buck/Stephen P. Larson
WSBA No. 22029/WSBA No. 4959
Of Attorneys for Defendants

STIPULATION AND ORDER - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364
Of Attorneys for Defendants

*ORDER*

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED this the 6th day of October, 2003.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
Attorney at Law
WSBA No. 6237
Of Attorneys for Plaintiff David F. Potter

STIPULATION AND ORDER - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500

Copy received; notice of
presentation waived;
approved for entry:

STAFFORD FREY COOPER

By: _____
Ted Buck/Stephen P. Larson
WSBA No. 22029/WSBA No. 4959
Of Attorneys for Defendants

Copy received; notice of
presentation waived;
approved for entry:

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364
Of Attorneys for Defendants

STIPULATION AND ORDER - 4

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104